MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax: +1.213.612.2501

Attorney for Defendant
PUMA NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ROUNDS, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA NORTH AMERICA, INC., a Massachusetts corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-CV-09468-FLA-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Date Filed: November 1, 2024<br><br>Complaint served: November 8, 2024<br>Current response date: December 2, 2024<br>New response date: January 2, 2025 |

Pursuant to Rule 8-3 of the Local Civil Rules of the United States District Court for the Central District of California, Defendant PUMA NORTH AMERICA, INC. ("Defendant") and Plaintiff TRAVIS ROUNDS ("Plaintiff") (jointly, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 1, 2024, Plaintiff filed a complaint for damages (the "Complaint");

WHEREAS, on November 8, 2024, Plaintiff served Defendant with the Complaint;

WHEREAS, Defendant's current deadline to respond to the Complaint is December 2, 2024;

WHEREAS, the Parties have met and conferred and agreed to extend Defendant's deadline to file a responsive pleading to the Complaint by thirty (30) days;

THEREFORE, the Parties, through this stipulation, respectfully agree and request that Defendant's time within which to respond to the Complaint shall be extended thirty (30) days and therefore due on January 2, 2025.

Dated: November 26, 2024        MORGAN, LEWIS & BOCKIUS LLP

By */s/ Megan A. Suehiro*
Megan A. Suehiro
Attorney for Defendant
PUMA NORTH AMERICA, INC.,

Dated: November 26, 2024        TAULER SMITH LLP

By */s/ Robert Tauler*
Robert Tauler
Attorney for Plaintiff
TRAVIS ROUNDS

**Local Rule 5-4.3.4 Certification**

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

By: */s/ Megan A. Suehiro*
　　　Megan A. Suehiro